FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 JUN -1 A 10: 55

CLERK US DIST CT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| ASHLEY TAYLOR | ) DOCKET NO. 1:18-mj-263 |
|  | ) COURT DATE: June 4, 2018 |

CRIMINAL INFORMATION

Misdemeanor - 6933429

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 25, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASHLEY TAYLOR did unlawfully destroy, deface, or damage personal property, not her own.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-137, Code of Virginia 1950, as amended.)

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: /s/

Fort Belvoir, VA

Date May 30, 2018

Bridget A. Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 805-4390
Fax (703) 805-1042
bridget.a.karns.mil@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I mailed a true and accurate copy of the Criminal Information herein filed to Ashley Taylor, 9522 Mero Way, Ft. Belvoir, VA 22060.

*[signature]*

Karen L. Shaner
Administrative Assistant
Staff Judge Advocate Office