IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Court No. 1:18MJ263 |
| ) | |
| v.                                          ) | |
| ) | |
| ASHLEY TAYLOR,                ) | |
| ) | |
| Defendant.                ) | |

## ORDER

The motion of the United States of America to dismiss without prejudice court number 1:18MJ263 pertaining to the defendant ASHLEY TAYLOR, is hereby granted.

IT IS ORDERED that court number 1:18MJ263 pertaining to the defendant, ASHLEY TAYLOR, is hereby dismissed without prejudice.

Dated this 5
day of October, 2018
Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

United States Magistrate Judge